**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**INNOVATIVE PRODUCT MANUFACTURING, LLC,**

Plaintiff,

v.

**SIEMENS HEALTHINEERS AG and SIEMENS HEALTHCARE GMBH,**

Defendants.

Civil Action No. 2:26-cv-888

**DEMAND FOR JURY TRIAL**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Innovative Product Manufacturing, LLC hereby states that it has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Vincent J. Galluzzo by permission Andrea L. Fair*
Vincent J. Galluzzo – Lead Attorney
(Bar No. 86472FL)
Ryan P. Regan
(*pro hac vice* forthcoming)
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Tel.: (704) 331-7526
vincent.galluzzo@klgates.com
ryan.regan@klgates.com

James Shimota
(*pro hac vice* forthcoming)
Jason Engel
(*pro hac vice* forthcoming)

**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Tel.: (903) 757-6400
Fax: (903) 757-2323

*Attorneys for Plaintiff Innovative Product Manufacturing, Inc.*