**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**INNOVATIVE PRODUCT MANUFACTURING, LLC,**

Plaintiff,

v.

**SIEMENS HEALTHINEERS AG and SIEMENS HEALTHCARE GMBH,**

Defendants.

Civil Action No. 2:26-cv-888

**JURY TRIAL DEMANDED**

# JURY DEMAND

Plaintiff Innovative Product Manufacturing, LLC ("IPM"), hereby files this Jury Demand demanding a jury for all issues so triable.

Dated: October 5, 2026

Respectfully submitted,

/s/ *Vincent J. Galluzzo by permission Andrea L. Fair*

Vincent J. Galluzzo – Lead Attorney
(Bar No. 86472FL)
Ryan P. Regan
(*pro hac vice* forthcoming)
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Tel.: (704) 331-7526
vincent.galluzzo@klgates.com
ryan.regan@klgates.com

James Shimota
(*pro hac vice* forthcoming)

Jason Engel
(*pro hac vice* forthcoming)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Tel.: (903) 757-6400
Fax: (903) 757-2323

***Attorneys for Plaintiff Innovative Product Manufacturing, Inc.***